IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * * | |
| Plaintiff, | * * | CV 118-074 |
| v. | * * * | |
| RENITA ALEXANDER, | * * * | |
| Defendant. | * * | |

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 4.) Because the notice was filed prior to Defendant filling an answer or a motion for summary judgment, the dismissal is proper. The Court **ORDERS** the Clerk to **CLOSE** this case and **TERMINATE** all deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA